HENRY SHERMAN et al., Doing Business under the Firm Name of SHERMAN & SHAGAN, Appellants, *v.* FRANZ MERZ, Respondent.

*Appeal — reversal by Appellate Division upon the facts and the law — appeal to Court of Appeals dismissed.*

*Sherman* v. *Merz*, 202 App. Div. 736, appeal dismissed.

(Argued April 23, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1922, reversing upon the facts and the law a judgment in favor of plaintiffs entered upon a verdict and granting a new trial.

*Maximilian Bader* and *Isadore Shapiro* for appellants.

*James A. Davis* and *William G. Decker* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.